IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:21-00220-03-CR-RK |
| STEVEN L. DAY, | ) ) ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is Defendant Steven Day's Motion for Waiver of Appearance and Order to Appear via Teleconference. (Doc. 39) Defendant Day requests that he not be required to appear in-person at all future proceedings specifically enumerated in § 15002(b)(1) of the CARES Act, H.R. 748, and that the Court allow him to appear at said hearings via videoconference instead. While the Court is willing to consider future requests regarding specific hearings that may occur, Defendant's request is both premature and overly broad. Accordingly, it is

ORDERED that Defendant's motion (Doc. 39) is denied, without prejudice to refiling future requests on a hearing-by-hearing basis.

IT IS SO ORDERED.

/s/ *Jill A. Morris*
JILL A. MORRIS
UNITED STATES MAGISTRATE JUDGE