UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 21-cr-00220-03 |
| | ) | |
| STEVEN L. DAY, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR EXTENSION OF TIME TO FILE
<u>RESPONSE TO PRESENSENTENCE INVESTIGATION REPORT</u>**

COMES NOW Defendant, by and through his undersigned legal counsel, and hereby requests an extension of time to file any objections to the presentence investigation report. Defendant is currently incarcerated. Counsel needs additional time to further review and consult with his client regarding this report.

WHEREFORE, counsel requests until October 27, 2023 to complete this.

Respectfully submitted,

*/s/ Patrick J. O'Connor*
Patrick J. O'Connor    Fed #78081
4740 Grand Avenue    MO #52544
Suite 300
Kansas City, MO 64112
pjoconnor@wcllp.com
(816) 701-1100; Fax (816) 531-2372

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of October, 2023, a true copy of the foregoing document was filed utilizing this Court's ECF system, and that a copy of the foregoing document was then served via this Court's system for electronic distribution to all counsel and parties of record.

*/s/ Patrick J. O'Connor*